| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |

TRINA SOLAR (U.S.), INC., )
)
                   Plaintiffs, )    Court No. 22-00306
     v. )
)
UNITED STATES, UNITED STATES CUSTOMS AND )
BORDER PROTECTION, and CHRIS MAGNUS, )
in his official capacity as Commissioner of United States )
Customs and Border Protection, )
)
                   Defendant. )
)

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, Trina Solar (U.S.), Inc., pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: <u>August 6, 2025</u>

                                                                        Jonathan M. Freed
                                                                      Attorney for Plaintiff

                                                                   700 Pennsylvania Avenue, SE,
                                                                   Suite 500
                                                                   Street Address

                                                                   Washington, D.C. 20003
                                                                   City, State, and Zip Code

                                                                   (202) 223-3760
                                                                   Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____         Clerk, U. S. Court of International Trade

                                                                   By: _____
                                                                                          Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr. 1, 2002; Aug. 2, 2010, eff. Sept 1, 2010)